UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRYSTAL FAYE POTTERF, *et al.*,

      Plaintiffs,

v.

DREW F. WESSELS, *et al.*,

      Defendants.

Case No. 26-cv-10860
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING PLAINTIFFS' MOTIONS FOR ELECTRONIC SERVICE AS MOOT (ECF Nos. 5, 9)

On March 2, 2026, the Court held an on-the-record status conference in this action to discuss Plaintiff Krystal Faye Potterf's and Joshua Raymond Potterf's pending motions for electronic service. (*See* Mots., ECF Nos. 5, 9.)  During that conference, Julie Owens of the Court's Clerk's Office explained to the Plaintiffs the steps that they needed to take to participate in the Court's e-filing and e-service program.  Given that the Court's staff has now explained to Plaintiffs how they can gain access to electronic filing and the electronic service of documents, the Court **TERMINATES** Plaintiffs' motions for electronic service as moot.

      **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 2, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126