UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRYSTAL FAYE POTTERF, *et al.*,

     Plaintiffs,

Case No. 26-cv-10860
Hon. Matthew F. Leitman

v.

DREW F. WESSELS, *et al.*,

     Defendants.

_____/

## ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR RECONSIDERATION (ECF No. 22)

On April 10, 2026, the Court denied a motion for temporary restraining order and preliminary injunction filed by *pro se* Plaintiffs Joshua Raymond Potterf and Krystal Faye Potterf. (*See* Order, ECF No. 21.)  The Potterfs filed an emergency motion for reconsideration of that ruling on April 11, 2026. (*See* Mot., ECF No. 22.) The motion is **DENIED**.  The Court has carefully reviewed the motion and remains persuaded that it is not appropriate to enjoin the Potterfs' state-court criminal proceedings.

     **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 13, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126