**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION (BAY CITY)**

KRYSTAL FAYE POTTERF, et al.,

Plaintiffs,

Case No. 26-cv-10860
Hon. Matthew F. Leitman

v.

DREW F. WESSELS, et al.,

Defendants.
______________________________________/

# ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL LEGAL MEMORANDUM

This matter having come before the Court on Plaintiffs' Motion for Leave to File a Supplemental Legal Memorandum in Support of Objections to Report and Recommendation (ECF No. 80), and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Supplemental Legal Memorandum, submitted as Exhibit A to their Motion, is **DEEMED FILED** and shall be considered by the Court during its *de novo* review of ECF No. 80.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 5, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager