UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRYSTAL FAYE POTTERF, *et al.*,

Plaintiffs,

Case No. 26-cv-10860
Hon. Matthew F. Leitman

v.

DREW F. WESSELS, *et al.*,

Defendants.

_______________________________________/

**ORDER DIRECTING PLAINTIFFS TO PERSONALLY ATTEND VIRTUAL HEARING ON PLAINTIFFS' OBJECTIONS TO REPORT AND RECOMMENDATION**

On August 20, 2026, at 11:30 a.m., the Court will hold a virtual hearing on Plaintiffs' objections to a Report and Recommendation issued by the assigned Magistrate Judge. (*See* Objections, ECF No. 80; Notice of Hearing, ECF No. 97.) The Court previously denied a motion by the Potterfs to change the format of that hearing. (*See* Order, ECF No. 103.) The Court hereby supplements that earlier order by **ORDERING** both Plaintiff Krystal Faye Potterf and Plaintiff Joshua Raymond Potterf to virtually appear and participate in the hearing on their objections. If either or both Plaintiffs fail to virtually appear at the hearing, the Court will dismiss their claims in this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126