UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRYSTAL FAYE POTTERF, *et al.*,

Plaintiffs,

Case No. 26-cv-10860
Hon. Matthew F. Leitman

v.

DREW F. WESSELS, *et al.*,

Defendants.
_____________________________________________________________________________/

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B), including but not limited to Defendants' now-pending motions to dismiss (ECF Nos. 68, 69).[1]

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2026

[1] The Court initially referred this matter to the Magistrate Judge on April 23, 2026. (*See* Order, ECF No. 37.) It then vacated that order of reference on August 26, 2026. (*See* Order, ECF No. 107.) Through this order, the Court now re-refers the matter to the Magistrate Judge.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126